THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DOUBLEDAY & COMPANY, INC., Appellant.

Argued October 15, 1947; decided November 13, 1947.

*Whitney North Seymour, George G. Gallantz* and *James F. Dwyer* for appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp, Harold Roland Shapiro* and *Frederick J. Ludwig* of counsel), for respondent.

Judgment affirmed. Upon this appeal there was presented and necessarily passed upon a question under the Constitution of the United States, viz.: The defendant argued that its conviction violated the right of freedom of speech guaranteed by the Fourteenth Amendment of the Constitution of the United States. This court held that the conviction aforesaid did not violate the right of freedom of speech guaranteed by the Fourteenth Amendment of the Constitution of the United States. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.